**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Emma Jean HARMON, Defendant–
Appellant.**

No. 08–13722
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 3, 2009.

Emma Jean Harmon, Danbury, CT, pro se.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Jacqueline Simms–Petredis, appointed counsel for Emma Jean Harmon in this appeal from the denial of a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**